Sealed
Public and unofficial staff access to this instrument are prohibited by court order

United States Courts
Southern District of Texas
FILED
September 09, 2026
Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff | § <br>§ | **4:26-cr-591** |
| **vs.** | § <br>§ <br>§ | **CRIMINAL NO. 4:26-CR-_____** |
| **JUAN PAREDON, JR.,**<br>Defendant**.** | § <br>§ | |

**INDICTMENT**

THE GRAND JURY CHARGES THAT:

**COUNT ONE**

(18 U.S.C. § 922(o) – POSSESSION OF A MACHINEGUN)

On or about March 1, 2024, in the Houston Division of the Southern District of Texas,

JUAN PAREDON, JR.

did knowingly possess a machinegun, to wit:

(1) a Glock Model 19 Gen 4 pistol, S/N: BDVC986; a Glock Model 26 Gen 5 pistol, S/N: AFPK723; an FMP-9 pistol, S/N: 9-08659; and an Anderson Manufacturing AM-15 rifle, S/N: 20126829, each with a device installed to convert the weapon to a machinegun; and

(2) 26 detached machinegun conversion devices, each is which is a part designed and intended solely and exclusively, or combination of parts designed and intended for use in converting a weapon into a machinegun, and is therefore a machinegun as defined in 26 U.S.C. Section 5845(b).

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## FORFEITURE NOTICE

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c).

Upon conviction of the offenses alleged in this Indictment, the defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) or otherwise abandon any property, real or personal, which was involved in or facilitated the offenses, including, but not limited to the following items seized on or about March 1, 2024:

1) a Glock Model 19 Gen 4 pistol, S/N: BDVC986;
2) a Glock Model 26 Gen 5 pistol, S/N: AFPK723;
3) an FMP-9 pistol, S/N: 9-08659;
4) an Anderson Manufacturing AM-15 rifle, S/N: 20126829; and
5) approximately 26 unattached machinegun conversion devices.

If any of the property described above, as a result of any act or omission of the defendant:

a) cannot be located upon the exercise of due diligence;
b) has been transferred or sold to, or deposited with, a third party;
c) has been placed beyond the jurisdiction of the court;
d) has been substantially diminished in value; or
e) has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL:

Original signature on file

FOREPERSON OF THE GRAND JURY

AARON F. REITZ
UNITED STATES ATTORNEY

JOHN S. GANZ
Assistant United States Attorney